ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Hewlett-Packard Company | )   ASBCA No. 59657 |
| | ) |
| Under Contract No. N00189-07-D-Z015 | ) |

APPEARANCES FOR THE APPELLANT:     Terry L. Albertson, Esq.
                                   Stephen J. McBrady, Esq.
                                   Skye Mathieson, Esq.
                                     Crowell & Moring LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                     DCMA Chief Trial Attorney
                                   Lawrence S. Rabyne, Esq.
                                     Trial Attorney
                                     Defense Contract Management Agency
                                     Arlington Heights, IL

OPINION BY ADMINISTRATIVE JUDGE SHACKLEFORD

The parties have entered into a settlement agreement and jointly request that the Board enter judgment in this appeal.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $23,492,630.90. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 24 June 2014 until date of payment.

Dated: 15 October 2015

RICHARD SHACKLEFORD
Acting Chairman
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

PETER D. TING
Acting Vice Chairman
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

OWEN WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 59657, Appeal of Hewlett-Packard Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2